## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KERRY L. WILSON** | CIVIL ACTION # 2:19-cv-14741 |
| **Plaintiff.** | DIST. JUDGE: GUIDRY |
| *versus* | MAG.JUDGE: CURRAULT |
| **EVONIK CORPORATION and ROEHM AMERICA, L.L.C.** | SECTION: T |
| **Defendants.** | |

## PLAINTIFF'S EX-PARTE MOTION TO DISMISS CLAIMS AGAINST DEFENDANT ROEHM AMERICA, L.L.C. WITH PREJUDICE

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff Kerry L. Wilson who respectfully represents that he wishes to voluntarily dismiss his claims contained in his *Complaint* against Defendant Roehm America, L.L.C., with prejudice and with immediate effect, all pursuant to and in accordance with LR 7.3.

WHEREFORE, Plaintiff Kerry L. Wilson wishes to voluntarily dismiss his claims contained in his *Complaint* against Defendant Roehm America, L.L.C., with prejudice and with immediate effect, all pursuant to and in accordance with LR 7.3.

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the above and foregoing pleading was forwarded to all counsel of record by facsimile, electronic mail, hand delivery, courier, FedEx, and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on this 16th day of November, 2020.

*Nathan M. Chiantella*
_____
Edwin M. Shorty, Jr.
Hope L. Harper
Nathan M. Chiantella

</td></tr>
</table>

Respectfully submitted by:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Nathan M. Chiantella*
_____
EDWIN M. SHORTY, JR., LSBA # 28421
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Telephone:   (504) 207-1370
Facsimile:   (504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

and

H.L. HARPER & ASSOCIATES, L.L.C.

*Hope L. Harper*
_____
HOPE L. HARPER, LSBA# 33173
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (855) 880-4673
Fax:    (504) 322-3807
Email:  hharper@hlharperandassociates.com

*Counsel for Plaintiff – Kerry L. Wilson*