UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KERRY L. WILSON** | )( | **CIVIL ACTION # 2:19-cv-14741** |
| | )( | |
| **Plaintiff.** | )( | **DIST. JUDGE: GUIDRY** |
| | )( | |
| *versus* | )( | **MAG. JUDGE: CURRAULT** |
| | )( | |
| **EVONIK CORPORATION and** | )( | **SECTION: T** |
| **ROEHM AMERICA, L.L.C.** | )( | |
| | )( | |
| **Defendants.** | )( | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS EX-PARTE MOTION TO DISMISS CLAIMS AGAINST DEFENDANT ROEHM AMERICA, L.L.C. WITH PREJUDICE

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff Kerry L. Wilson, who respectfully represents that he wishes to voluntarily dismiss his claims contained in his *Complaint* against Defendant Roehm America, L.L.C. The Plaintiff recently testified in his deposition that he was never employed by Defendant Roehm America, L.L.C. The Plaintiff therefore wishes to dismiss his claims against the aforementioned Defendant with prejudice and with immediate effect, all pursuant to and in accordance with LR 7.3.

WHEREFORE, Plaintiff Kerry L. Wishes wishes to voluntarily dismiss his claims contained in his *Complaint* against Defendant Roehm America, L.L.C., with prejudice and with immediate effect, all pursuant to and in accordance with LR 7.3.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I HEREBY CERTIFY that a copy of the above and foregoing pleading was forwarded to all counsel of record by facsimile, electronic mail, hand delivery, courier, FedEx, and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on this 16th day of November, 2020.<br><br>*Nathan M. Chiantella*<br>_____<br>Edwin M. Shorty, Jr.<br>Hope L. Harper<br>Nathan M. Chiantella | Respectfully submitted by:<br><br>EDWIN M. SHORTY, JR. & ASSOCIATES<br>A PROFESSIONAL LAW CORPORATION<br><br>*Nathan M. Chiantella*<br>_____<br>EDWIN M. SHORTY, JR., LSBA # 28421<br>NATHAN M. CHIANTELLA, LSBA # 35450<br>650 Poydras Street, Suite 2515<br>New Orleans, Louisiana 70130<br>Telephone:    (504) 207-1370<br>Facsimile:    (504) 207-0850<br>Email: eshorty@eshortylawoffice.com<br>Email: nchiantella@eshortylawoffice.com<br><br>and<br><br>H.L. HARPER & ASSOCIATES, L.L.C.<br><br>*Hope L. Harper*<br>_____<br>HOPE L. HARPER, LSBA# 33173<br>650 Poydras Street, Suite 2515<br>New Orleans, Louisiana 70130<br>Phone: (855) 880-4673<br>Fax:    (504) 322-3807<br>Email: hharper@hlharperandassociates.com<br><br>*Counsel for Plaintiff – Kerry L. Wilson* |

2