## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KERRY L. WILSON** | )( | **CIVIL ACTION # 2:19-cv-14741** |
| | )( | |
| **Plaintiff.** | )( | **DIST. JUDGE: GUIDRY** |
| | )( | |
| *versus* | )( | **MAG. JUDGE: CURRAULT** |
| | )( | |
| **EVONIK CORPORATION and** | )( | **SECTION: T (2)** |
| **ROEHM AMERICA, L.L.C.** | )( | |
| | )( | |
| **Defendants.** | )( | |

## ORDER

Considering the foregoing *Plaintiff's Ex-Parte Motion to Dismiss Claims Against Defendant Roehm America, L.L.C. With Prejudice* (R. Doc. 50),

**IT IS HEREBY ORDERED** that the *Plaintiff's Ex-Parte Motion to Dismiss Claims Against Defendant Roehm America, L.L.C. With Prejudice*, filed on behalf of the Plaintiff Kerry L. Wilson is **GRANTED**, and the claims contained in the *Complaint* filed in the captioned matter against Defendant Roehm America, L.L.C. are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

New Orleans, Louisiana, this __17th__ day of __November__ 2020.

_____
The Honorable Greg Gerard Guidry
United States District Judge